FILED

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0197

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0197

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                      O R D E R

RICHARD D. HINMAN,

Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, April 8, 2022, at 9:30 a.m. The Court will determine at a later date whether the argument will be held via Zoom or in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert J. Whelan, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022